## IN THE UNITED STATES BANKRUPTCY COURT
### Middle District of Alabama

**In the Matter of**:                              }
                                                   }    Case No. 18-30592
Robert E. Graham                                   }
                                                   }    Chapter 13
                                                   }
**Debtor(s)**                                      }

## NOTICE OF RESETTING/RESCHEDULED OF MEETING OF CREDITORS AND CONFIRMATION HEARING

The Chapter 13 Meeting of Creditors in the above debtor's case has been reset for **May 9, 2018 at 2:30p.m.** at the Frank M. Johnson, Jr. Federal Courthouse, (Lee Street entrance), Sec. 341 Meeting Room (105), Montgomery, Alabama 36104.

Furthermore, the debtor's confirmation hearing will be held on **June 18, 2018 at 9:30a.m.**, at the United States Bankruptcy Court, One Church Street, Courtroom 4-C, Montgomery, Alabama.

Dated: April 20, 2018.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the Notice of Resetting of Meeting of Creditors and Confirmation hearing and plan to **ALL CREDITORS** and other parties in interest by placing a copy of the same in the U.S. Mail, postage prepaid.

Dated: April 20, 2018

> */s/ Richard D. Shinbaum*
> *Attorney for Debtor*:
> Richard D. Shinbaum ASB-8638-B54R
> Shinbaum Law Firm
> 566 South Perry Street
> Montgomery, AL 36101
> 334-269-4440- Selma 334-872-4545